**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CODY DANTIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2789** |
| **TIMOTHY HOOPER, ET AL.** | **SECTION "P"(4)** |

**O R D E R**

    The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 7), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

    **IT IS ORDERED** that plaintiff Cody Dantin's civil action under 42 U.S.C. § 1983 is **TRANSFERRED** to the United States District Court for the Middle District of Louisiana for further proceedings.

    New Orleans, Louisiana, this 21st day of February 2025.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**
